

ZETLIN &
DE CHIARA LLP

COUNSELORS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/2022

January 4, 2022

**Via ECF**

The Honorable Colleen McMahon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 24A
New York, New York 10007

MEMO ENDORSED

*Conference adjourned to 1/27/22 @ 11:15 a.m.*

*Colleen McMahon*
*1/5/2022*

Re: **Henkels & McCoy Group, Inc., et. al v. Verizon Sourcing LLC**
    **Case No.: 1:21-cv-09576**

Dear Judge McMahon:

This firm represents Plaintiffs Henkels & McCoy Group, Inc. and Henkels & McCoy, Inc. (collectively "H&M"), in the above referenced matter. H&M respectfully requests an adjournment of the initial pre-trial conference currently scheduled for January 13, 2022, at 11:00 am.

The reason for this request is that the time for Defendant Verizon Sourcing LLC ("Verizon") to respond to the Complaint was extended to January 17, 2022, thus it has not yet appeared in the action. Counsel for Verizon consents to this request. There have been no previous requests for an adjournment of the initial pre-trial conference and no other deadlines have been scheduled in this case.

Therefore, H&M respectfully requests an adjournment of the January 13, 2022, initial pre-trial conference to a date following Verizon's January 17, 2022, response to the Complaint. Thank you for your consideration of this request.

Respectfully submitted,

ZETLIN & DE CHIARA LLP

By: _____
    Jaimee L. Nardiello