```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HENKELS & MCCOY GROUP, INC., et al.   :
                                      :    21-CV-9576 (CM) (RWL)
                        Plaintiffs,   :
                                      :
            - against -               :    ORDER
                                      :
VERIZON SOURCING LLC                  :
                                      :
                        Defendants.   :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the telephone conference held on October 27, 2022:

1. Fact discovery is extended to **January 18, 2023.**

2. Expert discovery is extended to **March 22, 2023.**

This resolves the letter motion at Dkt. 51.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 27, 2022
       New York, New York

Copies transmitted this date to all counsel of record.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2022

1